DAVID A. ERICKSEN (State Bar No. 153923)
dae@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

PETER C. LYON (State Bar No. 174019)
pcl@severson.com
SEVERSON & WERSON
A Professional Corporation
1801 N. California Blvd., Suite 101
Walnut Creek, California 94596
Telephone: (925) 627-1910
Facsimile: (925) 932-3855

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCHITECTURAL RESOURCES GROUP, INC., a California corporation; and IDEAS CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HKS, INC., a Texas corporation,<br><br>Defendant. | Case No. C-12-5787 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR THIRD-PARTY DEFENDANTS GEORGE LOISOS'S, SUSAN UBBELOHDE'S, AND TIPPING MAR + ASSOCIATES'S RESPONSES TO HKS, INC.'S THIRD-PARTY COMPLAINT** |
| GEORGE LOISOS dba LOISOS _ UBBELOHDE ASSOCIATES, an Individual, SUSAN UBBELOHDE dba LOISOS + UBBELOHDE ASSOCIATES, an individual, and TIPPING MAR + ASSOCIATES, a California corporation,<br><br>Third Party Defendants. | |

07465.0294/2529748.1

STIPULATION AND PROPOSED ORDER FOR THIRD PARTY DEFENDANTS
LOISOS AND TIPPING'S RESPONSE TO HKS' THIRD PARTY COMPLAINT
Case No. C-12-5787 SI

1   Third-Party Defendants George Loisos and Susan Ubbelohde, dba Loisos + Ubbelohde
2   Associates (collectively, "Loisos"), and Tipping + Mar Associates ("Tipping") and Third-Party
3   Plaintiff, HKS, Inc. ("HKS") hereby stipulate as follows:
4   Whereas, the law firm of Severson & Werson will be representing Loisos and Tipping in
5   this matter;
6   Whereas, both Loisos and Tipping have been named in HKS's Third-Party Complaint in
7   this matter (Doc. No. 22), and were planning to respond to that Third-Party Complaint on or
8   before January 24, 2013;
9   Whereas on January 8, 2013, Plaintiff and Counter-Defendant Architectural Resources
10  Group, Inc. ("ARG") filed a Motion to Dismiss or for More Definite Statement and Motion to
11  Strike (Doc. No. 28) of HKS's counter-claims, with hearing set for February 15, 2013 (herein, the
12  "ARG Motion to Dismiss");
13  Whereas, ARG Motion to Dismiss challenges the same pleading which alleges HKS's
14  claims against Loisos and Tipping;
15  Whereas, Loisos, Tipping and HKS believe that the Court's ruling on the pending ARG
16  Motion to Dismiss will also provide guidance with respect to the claims alleged against Loisos and
17  Tipping, as set forth in HKS's Third-Party Complaint (Doc. No. 22), and wish to effectuate a
18  standstill with regard to their rights until after the Court's ruling on the pending ARG Motion;
19  Whereas, the parties herein believe that this stipulation will avoid redundancy of motion
20  practice and briefing on matters already before the Court with respect to HKS's claims, thereby
21  conserving judicial and party resources; and
22  Therefore, Loisos, Tipping and HKS hereby stipulate to the following:
23  (1)   Loisos's and Tipping's time to respond to the HKS' Third-Party Complaint will be
24  extended as described immediately below;
25  (2)   Following the Court's ruling on ARG's Motion to Dismiss, which is set to be heard
26  February 15, 2013, Loisos and Tipping will have the same time as ARG to respond to either (a)
27  HKS's existing Third-Party Complaint if the ARG Motion to Dismiss is denied in full, or (b) to an

Amended Third-Party Complaint to be filed by HKS, if one is forthcoming following the Court's ruling on the ARG Motion to Dismiss.

DATED:  January 18, 2013

SEVERSON & WERSON
A Professional Corporation

By: _____*/s/ Peter C. Lyon*_____
　　　　　PETER C. LYON

Attorneys for Loisos + Ubbelohde Assocates, and Tipping + Mar Assoicates

I, Peter C. Lyon, am the user whose identification and password are being used to file this stipulation.  I hereby attest that Jay R. Houghton, the other signatory below, has concurred in the filing of this document.

　　　　　　　*/s/ Peter C. Lyon*
　　　　　　　PETER C. LYON

DATED: January 18, 2013

Smith, Currie & Hancock LLP

By: _____*/s/ Jay R. Houghton*_____
　　　　　Jay R. Houghton

Attorneys for Counsel for HKS, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  JANUARY __22 2013

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

07465.0294/2529748.1

3

STIPULATION AND PROPOSED ORDER FOR THIRD PARTY DEFENDANTS
LOISOS AND TIPPING'S RESPONSE TO HKS' THIRD PARTY COMPLAINT
Case No. C-12-5787 SI