1  DAVID A. ERICKSEN (State Bar No. 153923)
   dae@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   PETER C. LYON (State Bar No. 174019)
6  pcl@severson.com
   SEVERSON & WERSON
7  A Professional Corporation
   1801 N. California Blvd., Suite 101
8  Walnut Creek, California 94596
   Telephone: (925) 627-1910
9  Facsimile: (925) 932-3855

10

11                      UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

13

14 ARCHITECTURAL RESOURCES GROUP,          Case No. C-12-5787 SI
   INC., a California corporation; and IDEAS
15 CONSULTING, INC., a California           STIPULATION AND [PROPOSED]
   corporation,                            ORDER FOR THIRD-PARTY
16                                         DEFENDANTS GEORGE LOISOS'S,
                  Plaintiffs,              SUSAN UBBELOHDE'S, AND TIPPING
17                                         MAR + ASSOCIATES'S RESPONSES TO
             vs.                           HKS, INC.'S THIRD-PARTY
18                                         COMPLAINT
   HKS, INC., a Texas corporation,
19
                  Defendant.
20  _____

21 GEORGE LOISOS dba LOISOS _
   UBBELOHDE ASSOCIATES, an Individual,
22 SUSAN UBBELOHDE dba LOISOS +
   UBBELOHDE ASSOCIATES, an individual,
23 and TIPPING MAR + ASSOCIATES, a
   California corporation,
24
                  Third Party Defendants.
25  _____

26

27

28
   07465.0294/2529748.1
   _____
   STIPULATION AND PROPOSED ORDER FOR THIRD PARTY DEFENDANTS
   LOISOS AND TIPPING'S RESPONSE TO HKS' THIRD PARTY COMPLAINT
   Case No. C-12-5787 SI

1    Third-Party Defendants George Loisos and Susan Ubbelohde, dba Loisos + Ubbelohde

2  Associates (collectively, "Loisos"), and Tipping + Mar Associates ("Tipping") and Third-Party

3  Plaintiff, HKS, Inc. ("HKS") hereby stipulate as follows:

4    Whereas, the law firm of Severson & Werson will be representing Loisos and Tipping in

5  this matter;

6    Whereas, both Loisos and Tipping have been named in HKS's Third-Party Complaint in

7  this matter (Doc. No. 22), and were planning to respond to that Third-Party Complaint on or

8  before January 24, 2013;

9    Whereas on January 8, 2013, Plaintiff and Counter-Defendant Architectural Resources

10  Group, Inc. ("ARG") filed a Motion to Dismiss or for More Definite Statement and Motion to

11  Strike (Doc. No. 28) of HKS's counter-claims, with hearing set for February 15, 2013 (herein, the

12  "ARG Motion to Dismiss");

13    Whereas, ARG Motion to Dismiss challenges the same pleading which alleges HKS's

14  claims against Loisos and Tipping;

15    Whereas, Loisos, Tipping and HKS believe that the Court's ruling on the pending ARG

16  Motion to Dismiss will also provide guidance with respect to the claims alleged against Loisos and

17  Tipping, as set forth in HKS's Third-Party Complaint (Doc. No. 22), and wish to effectuate a

18  standstill with regard to their rights until after the Court's ruling on the pending ARG Motion;

19    Whereas, the parties herein believe that this stipulation will avoid redundancy of motion

20  practice and briefing on matters already before the Court with respect to HKS's claims, thereby

21  conserving judicial and party resources; and

22    Therefore, Loisos, Tipping and HKS hereby stipulate to the following:

23    (1)    Loisos's and Tipping's time to respond to the HKS' Third-Party Complaint will be

24  extended as described immediately below;

25    (2)    Following the Court's ruling on ARG's Motion to Dismiss, which is set to be heard

26  February 15, 2013, Loisos and Tipping will have the same time as ARG to respond to either (a)

27  HKS's existing Third-Party Complaint if the ARG Motion to Dismiss is denied in full, or (b) to an

28

2

STIPULATION AND PROPOSED ORDER FOR THIRD PARTY DEFENDANTS
LOISOS AND TIPPING'S RESPONSE TO HKS' THIRD PARTY COMPLAINT
Case No. C-12-5787 SI

1 | Amended Third-Party Complaint to be filed by HKS, if one is forthcoming following the Court's

2 | ruling on the ARG Motion to Dismiss.

3 | DATED:  January 18, 2013                    SEVERSON & WERSON
                                                A Professional Corporation

4 |

5 |
                                                By: _____ /s/ Peter C. Lyon _____
6 |                                                              PETER C. LYON

7 |                                             Attorneys for Loisos + Ubbelohde Assocates,
                                                and Tipping + Mar Assoicates
8 |

9 |        I, Peter C. Lyon, am the user whose identification and password are being used to file this

10 | stipulation.  I hereby attest that Jay R. Houghton, the other signatory below, has concurred in the

11 | filing of this document.

12 |                                                      _____ /s/ Peter C. Lyon _____
                                                                PETER C. LYON
13 |

14 |
     DATED: January 18, 2013                   Smith, Currie & Hancock LLP
15 |

16 |                                            By: _____ /s/ Jay R. Houghton _____
                                                              Jay R. Houghton
17 |
                                                Attorneys for Counsel for HKS, Inc.
18 |

19 |

20 |        PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 |
     DATED:  JANUARY _ 22 2013                  _____
22 |                                            SUSAN ILLSTON
23 |                                            UNITED STATES DISTRICT JUDGE

24 |

25 |

26 |

27 |

28 |