IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHITECTURAL RESOURCES,<br><br>        Plaintiff,<br><br>   v.<br><br>HKS INC,<br><br>        Defendant.<br>                                           / | No. C 12-05787 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 28, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 6, 2013.

DESIGNATION OF EXPERTS: 1/6/14; REBUTTAL: 1/20/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by February 7, 2014;

  Opp. Due February 21, 2014; Reply Due February 28, 2014;

 and set for hearing no later than March 14, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 15, 2014 at 3:30 PM.

JURY TRIAL DATE: April 28, 2014 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur by December 13, 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/19/13

                                                        SUSAN ILLSTON
                                                        United States District Judge