JONATHAN S. O'DONNELL (SBN 100051)
jon@mbvlaw.com
DWIGHT C. DONOVAN (SBN 114785)
dwight@mbvlaw.com
JACK PRAETZELLIS (SBN 267765)
jack@mbvlaw.com
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:   415-781-4400
Facsimile:   415-989-5143

Attorneys for Plaintiffs and Counter-Defendants Architectural Resources Group, Inc.; Ideas Consulting, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCHITECTURAL RESOURCES GROUP, INC., a California corporation; and IDEAS CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HKS, INC., a Texas corporation,<br><br>Defendant.<br><br>AND RELATED COUNTER ACTIONS. | Case No. C 12 5787 SI<br><br>**STIPULATION AND ORDER OF DISMISSAL [Fed. R. Civ. P. 41(a)(2)]** |

The parties to this action, by and through their respective counsel, hereby stipulate to dismissal of the entire action, and all claims, counterclaims, and third-party claims encompassed thereby, with prejudice, consisting of the following:

1.   All claims of plaintiffs Architectural Resources Group, Inc. and Ideas Consulting, Inc. (including claims assigned by Loisos + Ubbelohde and Tipping Mar + Associates) as asserted in the First Amended Complaint dated February 8, 2013;

2. All counterclaims and third-party claims asserted by HKS, Inc., a Texas corporation, in its First Amended Counter and Third Party Complaint dated February 28, 2013.

3. Each party shall bear its own fees and costs in connection with the action.

MBV LAW LLP

Dated: December 11, 2013.     By s/DWIGHT C. DONOVAN
                              DWIGHT C. DONOVAN
                              Attorneys for Plaintiffs and Counter-Defendants ARCHITECTURAL RESOURCES GROUP, INC. and IDEAS CONSULTING, INC.

SMITH, CURRIE & HANCOCK LLP

Dated: December 11, 2013.     By s/CHARLES E. ROGERS
                              CHARLES E. ROGERS
                              Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff HKS, INC.

SEVERSON & WERSON

Dated: December 11, 2013.     By s/PETER C. LYON
                              PETER C. LYON
                              Attorneys for Third-Party Defendants GEORGE LOISOS dba LOISOS + UBBELOHDE ASSOCIATES, INC.; SUSAN UBBELOHDE dba LOISOS + UBBELOHDE ASSOCIATES, INC.; and TIPPING MAR + ASSOCIATES

**ORDER**

IT IS SO ORDERED.

Dated: December 12, 2013.

_____
The Honorable William H. Orrick
United States District Judge